IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Master Docket No. 22-MC-00152-JFC |
| This Document Relates to: *Lakin v. SoClean, Inc.* 2:22-CV-01070-JFC | MDL No. 3021 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of Plaintiff Timothy Lakin are hereby dismissed with prejudice against Defendant SoClean, Inc. Each party is to bear its own costs.

Dated: February 28, 2025.

**SHARP LAW, LLP**

*/s/ Ruth Anne French*
Ruth Anne French, KS #28492
Sarah T. Bradshaw, KS #26651
Sharp Law, LLP
4820 W. 75th St.
Prairie Village, KS 66208
Telephone: (913) 901-0505
Facsimile: (913) 901-0419
rafrench@midwest-law.com
sbradshaw@midwest-law.com

and

**MASON, LLP**

Gary E. Mason
Danielle L. Perry
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: 202.429.2290

**PROSKAUER ROSE LLP**

*/s/ Colin Cabral*
Colin G. Cabral (BBO # 670234)
Michael R. Hackett (BBO # 676693)
James R. Anderson
Genesis Sanchez Tavarez
One International Place
Boston, MA 02110
p: 617-526-9600
f: 617-526-9899
ccabral@proskauer.com
mhackett@proskauer.com
jaanderson@proskauer.com
gsancheztavarez@proskauer.com

Jeffrey H. Warshafsky
Eleven Times Square
New York, NY 10036
p: 212-969-3000
f: 212-969-2900
jwarshafsky@proskauer.com

Fax: 202.429.2294
gmason@masonllp.com
dperry@masonllp.com

*Co-lead Counsel for Consumer Plaintiffs*

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C**.

Daniel R. Bentz (PA #200772)
Suite 2600 Gulf Tower 707 Grant Street
Pittsburgh, PA 15219
Office: 412-391-6171
Direct: 412-467-2021
Fax: 412-391-8804
dbentz@moodklaw.com

**LAREDO & SMITH, LLP**

Brendan Cox
101 Federal Street, Suite 650
Boston, MA 02110
Tel: 617-443-1100
Fax: 617-443-1174
cox@laredosmith.com

*Counsel for SoClean, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

                                                */s/ Ruth Anne French*
                                                Ruth Anne French